UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:24-cr-7          **Date:** September 13, 2024

United States of America    vs.    Michael Jeffries

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Hayley West |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| Suzanne Sullivan | | Mike McGovern |
| **Asst. U.S. Attorney** | | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for an initial appearance on a petition for warrant for offender under supervision.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.
        - [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.
    - [ ] Preliminary hearing set.
- [✓] Defendant waived and reserved right to a preliminary hearing.
- [✓] Court set revocation hearing to be held before the District Judge.

**Dates set at this hearing:**
- [✓] **Revocation Hearing:** October 30, 2024 at 10:00 a.m. (Judge Crytzer)
- [ ] **Detention Hearing:**
- [ ] **Preliminary Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.     [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 1:30    to    1:50

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 324cr7 _ 20240913 _ 112881

Case 3:24-cr-00007-KAC-JEM    Document 3    Filed 09/13/24    Page 1 of 1    PageID #: 16